## Packrall, Appellant, *v.* Packrall.

Argued October 7, 1965. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*John P. Liekar,* for appellant.

*George B. Stegenga,* for appellees.

OPINION PER CURIAM, November 23, 1965:
Decree affirmed. Each party to pay own costs.